COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



ADELINA ALVAREZ,


 Appellant,


v.


FORT HANCOCK WATER CONTROL
AND IMPROVEMENT DISTRICT OF
HUDSPETH COUNTY, TEXAS,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-09-00161-CV



Appeal from the


205th District Court


of Hudspeth County, Texas


(TC# 3906-205)


MEMORANDUM OPINION


 Pending before the Court is an agreed motion to dismiss this appeal pursuant to a settlement
agreement. The motion is granted, and this appeal is dismissed. See Tex. R. App. P. 42.1(a)(1). 
Costs of the appeal are assessed against Appellant. See Tex. R. App. P. 42.1(d).


 GUADALUPE RIVERA, Justice

March 30, 2011


Before Chew, C.J., McClure, and Rivera, JJ.